**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IRA W. BREWER and <br> EUGENIA BREWER, <br><br> *Plaintiffs,* <br><br> V. <br><br> BANK OF AMERICA, N.A. and U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE HOLDERS OF THE BEAR STEARNS ARM TRUST MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-2, ITS SUCCESSORS AND/OR ASSIGNS, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § | CASE NO. 4:13cv638 <br> Judge Clark/Judge Mazzant |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motion to Dismiss [Doc. #11] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

1

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss [Doc. #11] is **DENIED.**

So **ORDERED** and **SIGNED** on February   20 , 2014.

                                        Ron Clark, United States District Judge